UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:24-cr-253-RBD-RMN

**MIGUEL ANGEL AGUASVIVAS LIZARDO**

AUSA: Michael Felicetta, covering for Kara Wick
Defense Attorney: Brett Meltzer, CJA

| JUDGE: | **ROY B. DALTON, JR.** United States District Judge | DATE AND TIME: | **February 13, 2025** 10:01 A.M. – 10:07 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Estrella Melians | REPORTER: | Amie First amiefirst.courtreporter@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | N/A |
| TOTAL TIME | 6 minutes | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendant's Unopposed Oral Motion to Continue Trial is **GRANTED,** with no objection from the Government. Continuance is contingent upon defense counsel filing a waiver of speedy trial through the May 2025 trial term.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 2/13/2025 until and including 5/31/2025, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Jury trial set for 5/5/2025 trial term.

Status Conference set for 4/10/2025 at 10:00 AM.

New plea deadline set for 4/17/2025.

Court is adjourned.