IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

Case No: 6:24-cr-253-RBD-RMN

MIGUEL ANGEL AGUASVIVAS LIZARDO,
Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

The Defendant, MIGUEL ANGEL AGUASVIVAS LIZARDO, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161 (c)(1), from the date of this waiver until May 31, 2025.

_____
Miguel Angel Aguasvivas Lizardo
Defendant

DATED THIS __6__ DAY OF February, 2025.

Submitted by:

s// Brett Meltzer
_____

Brett Meltzer, Esq.
Law Office of Brett Meltzer
PO Box 1162
Windermere, Florida 34786
Phone: (407) 953-6271
Florida Bar No: 772631
brett@brettmeltzerlaw.com
brett.meltzer@aol.com
Attorney for Defendant.