IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.

Case No: 6:24-cr-253-RBD-RMN

MIGUEL ANGEL AGUASVIVAS LIZARDO,
_____/

## UNOPPOSED MOTION TO CANCEL STATUS CONFERENCE SCHEDULED ON APRIL 10, 2025, AND TO SET FOR A PLEA HEARING

COMES NOW, Defendant, Miguel Angel Aguasvivas Lizardo, by and through the undersigned attorney, and respectfully request that this Honorable Court cancel the status conference scheduled on April 10, 2025, and to set this matter for a plea hearing, and in support thereof would state the following:

1.    A Status Conference in this matter is scheduled on April 10, 2025.

2.    The Defendant wants to enter a plea of guilty to count one of the Indictment.

3.    In anticipation of the Defendant's plea, the Government filed its Notice of Maximum Penalty, Elements of Offense, Personalization of Elements, and Factual Basis.

4.    The Defendant respectfully requests that this Honorable Court cancel the status hearing scheduled on April 10, 2025, and to set this matter for a plea hearing.

5.    Should this Honorable Court cancel the status hearing on April 10, 2025, and set this matter for a plea hearing, the undersigned attorney would respectfully request, if possible due to scheduling, to set the plea hearing in the afternoon at any time.

6.    The Government does not object to this motion.

7.    That this motion has been submitted in good faith and not solely for the purpose of delay.

WHEREFORE, Defendant, and the undersigned attorney, respectfully request this Honorable Court to enter its order canceling the status hearing scheduled on April 10, 2025, and to set this matter for a plea hearing.

Submitted by:

s// Brett Meltzer

_____

Brett Meltzer, Esq.
Law Office of Brett Meltzer
PO Box 1162
Windermere, Florida 34786
Phone:  (407) 953-6271
Florida Bar No:  772631
brett@brettmeltzerlaw.com
brett.meltzer@aol.com
Attorney for Defendant.

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on April 8, 2025, a true and correct copy of the

foregoing was electronically filed with the Clerk of Court, by using the CM/ECF system.

s/ Brett Meltzer

_____

Brett Meltzer, Esq.
Attorney for Defendant