UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO: 6:24-cr-253-RBD-RMN

MIGUEL ANGEL AGUASVIVAS LIZARDO

AUSA: Michael Felicetta

Defense Attorney: Brett Meltzer, Criminal Justice Act

| Judge: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | Date and Time: | **April 11, 2025**<br>10:06 A.M.-10:49 A.M. |
|---|---|---|---|
| Courtroom: | 4C | Total Time: | 43 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Karla Hyland<br>hylandtranscripts@outlook.com |
| Interpreter: | Giancarlo Berlingeri | Pretrial/Prob: | No Appearance |

**CLERK'S MINUTES**
**Guilty Plea Hearing**

Case called, appearances made, procedural setting by the Court.
Interpreter placed under oath.
Defendant placed under oath.
Court inquires of the defendant. No issue as to competency.
Defendant consents to have the Magistrate judge take his plea.
The Court summarizes the charge in the Indictment.
The Court advises the defendant of his rights and reviews the Notice of maximum penalty, elements of offense, personalization of elements, and factual basis as stated on the record.
Defendant acknowledges that the factual basis is true and enters a plea of guilty.
Court receives the guilty plea and will enter a Report and Recommendation.
Court directs Probation to prepare a PSR.
Sentencing will be set by separate notice.
Defendant remains in custody pending sentencing.
Court adjourned.