**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                CASE NO: 6:24-cr-253-RBD-RMN

MIGUEL ANGEL AGUASVIVAS
LIZARDO

_____

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc 36) entered by the Honorable Robert M. Norway, United States Magistrate Judge, to which the 14-day objection period has expired. The Court hereby accepts the Defendant's plea of guilty to Count One of the Indictment, and the Defendant is adjudged guilty of such offense.

**SENTENCING** for the Defendant is hereby scheduled for **Tuesday, August 12, 2025, at 10:00 AM** before the undersigned in the United States Courthouse, Courtroom 4A, Fourth Floor, 401 West Central Boulevard, Orlando, Florida 32801.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.

**DONE AND ORDERED** at Orlando, Florida this 28th day of April, 2025.



ROY B. DALTON, JR.
United States District Judge

Copies:   Counsel of Record